UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON | ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) | Case No: 1:11 cv 01809 |
| R.J. WILSON AND ASSOCIATES, LTD, et al | ) ) ) | |
| Defendants/Third-Party Plaintiffs | ) ) | |
| vs. | ) ) | |
| NORTHSHORE INTERNATIONAL INSURANCE SERVICES, INC. | ) ) ) | |
| Third-Party Defendant | ) | |

## JOINT STATUS REPORT AND PROPOSED REVISED SCHEDULING ORDER

The parties have conferred pursuant to the Court's instruction with regard to the issues raised in the Court's July 17, 2012 Order. To that end, the parties jointly propose the attached revised scheduling order.

In addition, the parties hereby advise the Court of the following:

1. The parties have agreed to extend the upcoming deadlines by ninety (90) days.

2. All counsel have discussed this matter and have agreed upon the following modifications to the Scheduling Order to be requested from the Court:

| Event | Current Date | Modified Date |
|---|---|---|
| Rule 26(a)(2) affirmative expert disclosures | 10/8/2012 | 1/7/2013 |
| Rule 26(a)(2) rebuttal expert disclosures | 11/12/2012 | 2/11/2013 |
| Rule 26(a)(2) expert replies and report supplementation deadline | 12/10/2012 | 3/11/2013 |

| | | |
|---|---|---|
| Discovery deadline | 2/15/2013 | 5/16/2013 |
| Summary Judgment | 3/22/2013 | 6/20/2013 |

3. The parties do not request any additional changes to the November 28, 2011 Scheduling Order.

Filed with the consent of all parties,

Dated this 17th day of August, 2012.

By: _____/s/_____
  Shadonna E. Hale, Esquire # 08108
  Shadonna.Hale@wilsonelser.com
  Brigitte J. Smith, Esquire # 28426
  Brigitte.Smith@wilsonelser.com
  Wilson Elser Moskowitz Edelman & Dicker, LLP
  500 East Pratt Street, Suite 600
  Baltimore, Maryland 21202-2004
  Phone: (410)539-1800
  Facsimile: (410)962-8758

  Counsel for Plaintiff, Certain Underwriter's at Lloyd's, London

By: _____/s/_____
  Richard W. Evans, Esquire #12528
  evansr@mcwilson.com
  Thomas Patrick Ryan, Esquire #02153
  ryant@mcwilson.com
  McCarthy Wilson LLP
  2200 Research Boulevard, Suite 500
  Rockville, Maryland 20850
  Phone: 301-762-7770
  Fax: 301-926-7444

  Counsel for Defendants, RJ Wilson & Associates, LTD, et al.

_____/s/_____
Willem J. Noorlander, Esquire
wnoorlander@reinhartlaw.com
Thomas M. Burnett, Esquire
tburnett@reinhartlaw.com
Jessica L. Farley
jlfarley@reinhartlaw.com
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Phone:  414-298-1000
Facsimile:  414-298-8097

Counsel for Plaintiff, Certain
Underwriter's at Lloyd's, London